AO91 (Rev. 12/03) Criminal Complaint

# UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF TEXAS, EL PASO DIVISION

**FILED**
September 03, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____AQ_____
DEPUTY

**UNITED STATES OF AMERICA**
V.
Ariel CORONEL-Martinez

**CRIMINAL COMPLAINT**

Case Number: **EP:25-MJ-4920-LE**

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about 9/1/2025 in El Paso County, in the Western District Of Texas defendant(s) did, being an alien to the United States, enter, attempt to enter, or was found in the United States after having been previously excluded, deported, or removed from the United States without receiving permission to reapply for admission to the United States from the Attorney General of the United States and the Secretary of Homeland Security, the successor pursuant to Title 6, United States Code, Sections 202(3), 202(4), and 557

in violation of Title **8** United States Code, Section(s) **1326(a)**

I further state that I am a(n) Border Patrol Agent and that this complaint is based on the following facts:

The DEFENDANT, Ariel CORONEL-Martinez, an alien to the United States and a citizen of Mexico was found approximately 1.91 miles west of the Paso Del Norte Port of Entry in El Paso, Texas in the Western District of Texas. From statements made by the DEFENDANT to the arresting agent, the DEFENDANT was determined to be a native and citizen of Mexico, without immigration documents allowing him to be or remain in the United States legally. The DEFENDANT has been previously removed from the United States to Mexico on 04/04/2025 through BROWNSVILLE-MATAMOR, TX. The DEFENDANT has not previously received the expressed consent from the Attorney General of the United States or the Secretary of Homeland Security to reapply for admission into the United States.

Continued on the attached sheet and made a part hereof:   ☒ Yes   ☐ No

_____
Signature of Complainant

Roberto B. Ceniceros
Printed Name of Complainant

Complaint sworn to telephonically on September 03, 2025 at 01:05 PM and signed electronically. **FED.R.CRIM.P. 4.1(b)(2)(A)**

Sworn to before me and subscribed in my presence,

9/3/2025
Date

at El Paso, TX
City/State

Laura Enriquez   U.S. Magistrate Judge
Name & Title of Judicial Officer

_____
Signature of Judicial Officer

CONTINUATION OF CRIMINAL COMPLAINT

WESTERN DISTRICT OF TEXAS

Ariel CORONEL-Martinez

PEPT# PEPT250900225

09/03/2025

FACTS    (CONTINUED)

Because this affidavit is being submitted for the limited purpose of establishing probable cause as set forth herein, I have not included each and every fact known to me concerning this investigation.

Immigration History:
The DEFENDANT has been granted 1 voluntary departure, the last on May 5, 2004, through VETERANS INTL BRIDGE, TX.
The DEFENDANT has been removed 1 time, the last one being to MEXICO on April 4, 2025, through BROWNSVILLE-MATAMOR, TX.

Criminal History:
08/28/2000, VERSAILLES, KENTUCKY, OPERATING MOTOR VEHICLE UNDER THE INFLUENCE(M), CNV, 7 DAYS JAIL.
07/18/2015, VERSAILLES, KENTUCKY, OPERATING MOTOR VEHICLE UNDER THE INFLUENCE(M), CNV, 5 DAYS JAIL/$200 FINE.
10/26/2017, VERSAILLES, KENTUCKY, OPERATING MOTOR VEHICLE UNDER THE INFLUENCE ALC/DRUGS ETC(M), CNV, 44 DAYS JAIL.
12/07/2024, VERSAILLES, KENTUCKY, OPERATING MOTOR VEHICLE UNDER THE INFLUENCE ALC/DRUGS ETC(M), ACC, UNKNOWN.